Molnar *v.* George B. Henne & Co., Inc., Appellant.

Argued April 22, 1954. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

578

580

582

*Harry R. Back,* with him *Back & Levy,* for appellant.

*Benjamin Fertik* and *James L. Stern,* Deputy City Solicitor, with them *Abraham L. Freedman,* City Solicitor, for appellees.

OPINION PER CURIAM, June 1, 1954:
The decree is affirmed on the adjudication and opinion of the late Judge MAWHINNEY for the learned court below, at the appellant's costs.